■ DIAMOND AEROSOL CORPORATION, Respondent, v JET MANUFACTURING CORP., Appellant.—In an action, *inter alia,* for goods sold and delivered, in which defendant counterclaimed to recover damages for breach of contract, defendant appeals, as limited by its brief, from so much of a judgment of the Supreme Court, Nassau County, entered April 27, 1976, as dismissed its counterclaim, after a nonjury trial. Judgment affirmed, insofar as appealed from, with costs, on the opinion of Mr. Justice Lynde at Trial Term. Martuscello, J. P., Rabin, Cohalan and Hawkins, JJ., concur.

■ ROBERT DI RESTO et al., Respondents, v LONG ISLAND LIGHTING COMPANY, Appellant. (And Third-Party Action.)—In a negligence action to recover damages for personal injuries, etc., defendant appeals from an order of the Supreme Court, Queens County, dated September 26, 1977, which granted plaintiffs' motion for a protective order and denied defendant's cross motion to compel compliance with its notice of discovery and inspection. Order reversed, with $50 costs and disbursements; motion denied and cross motion granted; and plaintiffs are directed to comply with item 2 of the notice of discovery and inspection; items 3, 4 and 5 of the notice were sought only as an alternative to discovery and inspection of item 2. The latter was not a privileged item and is within the proper realm of discoverable material. Damiani, J. P., Titone, Suozzi and O'Connor, JJ., concur.